No. 10–8414. EVERETT *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. ■■■■■■■■■■■■■■■■■■■

No. 10–8416. DOUGLAS *v.* HOBBS, DIRECTOR, ARKANSAS DE-PARTMENT OF CORRECTION. C. A. 8th Cir. Certiorari denied.

No. 10–8417. CARRILLO *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. ■■■■■■■■■■■■■■■■■■

No. 10–8422. MONTGOMERY *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. ■■■■■■■■■■■■■■■■■■

No. 10–8425. WALKER ET AL. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. ■■■■■■■■■■■■■■■

No. 10–8426. TRAYLOR *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. ■■■■■■■■■■■■■■■■■■■

No. 10–8431. DVORAK *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. ■■■■■■■■■■■■■■■■■■

No. 10–8433. CARBALLO *v.* TEXAS. Ct. App. Tex., 1st Dist. Certiorari denied. ■■■■■■■■■■■■■■■■■■

No. 10–8438. WEBSTER *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. ■■■■■■■■■■■■■■■■■■

No. 10–8441. MENDEZ-CASAREZ *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. ■■■■■■■■■■■■■■■

No. 10–8442. PURIFOY *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. ■■■■■■■■■■■■■■■■■■

No. 10–8445. PORTILLO-MESQUITA *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. ■■■■■■■■■■■■■■■

No. 10–8447. LEAKE *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. ■■■■■■■■■■■■■■■■■■

No. 10–8450. AUCOIN *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. ■■■■■■■■■■■■■■■■■■

No. 10–8458. GREGORY *v.* PENNSYLVANIA. Super. Ct. Pa. Certiorari denied. ■■■■■■■■■■■■■■■■■■

No. 10–8462. HILL *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. ■■■■■■■■■■■■■■■■■■